[No. 27197-4-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RALPH JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04816-7, Frederick W. Fleming, J., entered April 6, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27407-8-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET MAE KIMBALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05351-9, Frederick W. Fleming and Terry D. Sebring, JJ., entered May 25, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 27459-1-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDOLPH PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00123-3, Kathryn J. Nelson, J., entered June 1, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27707-7-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00520-9, Anna M. Laurie and M. Karlynn Haberly, JJ., entered August 13, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.